# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**J.T. COLE, JR., #42050**                                                 **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 4:07-cv-43-HTW-LRA**

**STATE OF MISSISSIPPI, et al.**                                     **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

THIS the 31st day of August, 2007.

                                          s/ HENRY T. WINGATE
                                           CHIEF UNITED STATES DISTRICT JUDGE